**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6680**

───────────

SHARIF HAKIM MOORE,

Plaintiff - Appellant,

v.

PETER T. DANZA; D. S. WISE; KIM FOYE; WESLEY HECKMAN; MICHAEL JASON JARMAN; BENJAMIN LEWIS; ANTHONY J. TAYLOR,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:22-ct-03360-BO-RJ)

───────────

Submitted:  November 16, 2023                    Decided:  November 22, 2023

───────────

Before AGEE and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Sharif Hakim Moore, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharif Hakim Moore appeals the district court's order dismissing his 42 U.S.C. § 1983 amended complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Moore v. Danza*, No. 5:22-ct-03360-BO-RJ (E.D.N.C. June 29, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*